# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MINERO-REGALADO,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 07cv515 DMS<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

On August 8, 2007, this Court issued an order denying Petitioner's motion to vacate, set aside or correct his sentence. [Doc.5]. On September 21, 2007, Petitioner filed a Notice of Appeal, which this Court construes as a request for certificate of appealability. A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). *See also Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Having reviewed the motion, the response, and the August 8, 2007 order denying the motion, the Court finds Petitioner has failed to demonstrate that reasonable jurists would find this Court' denial of the motion debatable. Therefore, the Court denies Petitioner's request for a certificate of appealability.

/ / /

/ / /

1 | **IT IS SO ORDERED.**

2 | DATED: September 27, 2007

_____
HON. DANA M. SABRAW
United States District Judge